Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIAGO THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGARFINA USA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01805-KJM-DB<br><br>Honorable Judge Michael W. Fitzgerald<br>Courtroom 5A<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 30, 2021<br>Trial Date: None |

1  Plaintiff, Thiago Thanh Alonzo ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis.  A notice of dismissal with
3  prejudice of Plaintiff's individual claims and without prejudice of the claims of the
4  purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii)
5  will be filed upon execution of a formal settlement agreement.  Plaintiff reserves
6  the right to reopen within forty-five (45) days if a settlement is not finalized.

8  Dated: December 28, 2021                    Respectfully Submitted,

10                    /s/ Thiago M. Coelho
11                    Thiago M. Coelho
                      **WILSHIRE LAW FIRM**
12                    *Attorneys for Plaintiff and Proposed Class*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 28, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 28, 2021   /s/ *Thiago M. Coelho*
                           Thiago M. Coelho