JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUGARFINA USA LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 21-7819-MWF (SKx)<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:　September 30, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class.  Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense.  The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

　　**IT IS SO ORDERED.**

Dated:  February 14, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge

1

ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-07819-MWF-SK